**UNITED STATES of America,**

v.

**Michael PEARSON a/k/a Black Mike Michael Anthony Pearson, Appellant.**

**No. 01–3497.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Feb. 11, 2003.

Decided Feb. 12, 2003.

Before ALITO, McKEE, Circuit Judges, and SCHWARZER, Senior District Judge.*

OPINION OF THE COURT

PER CURIAM.

Michael Anthony Pearson was indicted on charges of conspiracy to distribute, and possession with intent to distribute, cocaine base and related offenses. He thereafter pled guilty to Counts I through V of the Indictment and was sentenced to 120 months imprisonment on count I and 60 months imprisonment on counts II through V to run concurrently to each other but consecutively to count I. The total period of confinement that resulted is therefore 121 months followed by a period

* Honorable William W. Schwarzer, Senior District Judge, Northern District of California sitting by designation.

of supervised release of 5 years and a special assessment. This appeal followed.

Counsel for Pearson represents that, after a review of the record in this matter, "counsel has concluded that there are no non-frivolous issues for appeal...." Appellant's Br. at 8, and he has therefore only submitted a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), referring to those portions of the record that might arguably support an appeal, and directing our attention to relevant law.

We agree with counsel's representation, and we will therefore affirm the judgment of sentence.